# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

SHAWN C. MOORE
ADC # 148759                                                      PLAINTIFF

v.                         No. 4:17-cv-827-DPM-BD

TIM RYALS, Sheriff, Faulkner
County and GARY ANDREWS,
Lieutenant, Faulkner County
Unit #1                                                          DEFENDANTS

## ORDER

Unopposed partial recommendation, № 10, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Moore's claims about denied access to the law library are dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 February 2018