IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHAWN C. MOORE,                                           PLAINTIFF
ADC #148759

V.                  CASE NO. 4:17-CV-827-BD

TIM RYALS and
GARY ANDREWS                                 DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 26th day of September, 2018.

_____
UNITED STATES MAGISTRATE JUDGE